No. D–2596. IN RE DISCIPLINE OF PLESHAW. Robert J. Pleshaw, of Washington, D. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2597. IN RE DISCIPLINE OF SILVA. Zoila I. Silva, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 10M84. SHIPLET v. VILSACK, SECRETARY OF AGRICULTURE. Motion for leave to file petition for writ of certiorari with supplemental appendix under seal granted, except that the order of May 15, 2009, shall be placed in the public record.

No. 10M114. FERNANDEZ v. MARTEL, WARDEN. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 10–1285. COUNTRYWIDE HOME LOANS, INC. v. RODRIGUEZ ET UX. C. A. 3d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 10–10008. FIORANI v. UNITED STATES. C. A. 4th Cir. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [563 U. S. 985] denied.

No. 10–10528. DAY v. MINNESOTA ET AL. Ct. App. Minn. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until July 11, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 10–10747. IN RE CARY. Petition for writ of habeas corpus denied.

No. 10–10271. IN RE KEYES. Petition for writ of mandamus denied.

No. 10–9998. IN RE REMMERT. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.